Gustav Beetz, appellant, v. Fred W. Hartsburg, appellee. Gen. No. 7,232.

Suit for money owed under a contract to trade real estate. Judgment for defendant and for costs. Appeal from the Circuit Court of Kane county; the Hon. Adam C. Cliffe, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed September 7, 1923. Rehearing denied October 10, 1923.

Fred B. Shearer, for appellant. Harvey Gunsul and T. J. Merrill, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Robert J. Erskine, appellee, v. James Morrow, appellant. Gen. No. 7,235.

Suit for real estate commission. Judgment for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed September 7, 1923.

A. F. Beaubien and George W. Field, for appellant. Justin K. Orvis, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Fred B. Elgin, defendant in error, v. Winifred L. Elgin, plaintiff in error. Gen. No. 7,188.

Suit for divorce by husband. Decree granted on ground of cruelty. Error to the Circuit Court of Peoria county; the Hon. T. N. Green, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed September 7, 1923.

Scholes & Pratt, for plaintiff in error. John B. King and C. H. Lefler, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.

---

George Barrett, appellant, v. The Farmer's Grain, Live Stock and Coal Association, appellee. Gen. No. 7,198.

Claim for corn sold and delivered. Judgment for defendant. Appeal from the Circuit Court of Woodford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed September 7, 1923.

Edward J. Riley and Barnes, Magoon & Black, for appellant. Orman Ridgely, for appellee.

Mr. Justice Jones delivered the opinion of the court.